OLIVE HERBERT, Appellant, *v.* THE CITY OF NEW YORK,
Respondent.

*Herbert* v. *City of New York,* 144 App. Div. 896, appeal dismissed.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal, by permission, from a judg-
ment of the Appellate Division of the Supreme Court in
the first judicial department, entered May 16, 1911, affirm-
ing a judgment in favor of defendant entered upon a ver-
dict in an action to recover for personal injuries alleged to
have been sustained through the negligence of defendant.

The motion was made upon the ground of failure to
file the required undertaking.

*Frank L. Polk, Corporation Counsel,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel.
THE WESTCHESTER STREET RAILROAD COMPANY et al.,
Respondents, *v.* PUBLIC SERVICE COMMISSION FOR THE
SECOND DISTRICT OF THE STATE OF NEW YORK et al.,
Appellants.

(Submitted. April 13, 1914; decided April 21, 1914.)

Motion for re-argument denied, without costs.  (See
210 N. Y. 456.)